UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
PATRICK, et al.,                      :
                    Plaintiffs,       :    25cv5053 (DLC)
                                      :
           -v-                        :    ORDER
                                      :
FOCUS FINANCIAL PARTNERS, LLC, et al. :
                                      :
                    Defendants.       :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

   Plaintiffs filed the complaint in this action on June 16, 2025. On June 18, the plaintiffs moved for a temporary restraining order and preliminary injunction. Accordingly, it is hereby

   ORDERED that a hearing shall be held on the plaintiffs' June 18 motion on **June 20, 2025 at 10:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          June 18, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge