UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PATRICK, et al.,                        :
                    Plaintiffs,         :        25cv5053 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
FOCUS FINANCIAL PARTNERS, LLC, et al.   :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   Plaintiffs initiated this action on June 16, 2025.  On June
18, the plaintiffs moved for a temporary restraining order and
preliminary injunction.  An Order of June 18 scheduled a hearing
the plaintiffs' motion for June 20.  Also on June 18, the
defendants filed a motion to compel arbitration and to stay the
case pending resolution of that arbitration.  At the June 20
hearing, the Court denied the plaintiffs' motion for a temporary
restraining order.  As set forth at the June 20 hearing, it is
hereby

   ORDERED that plaintiffs shall file any opposition to the
defendants' motion to compel arbitration by **June 30, 2025.**
Defendants' reply, if any, shall be filed by **July 11, 2025.**  At
the time any reply is filed, the moving party shall

supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.


Dated:      New York, New York
            June 20, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge