```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
PATRICK, et al.,                         :
                    Plaintiffs,          :       25cv5053 (DLC)
                                         :
             -v-                         :           ORDER
                                         :
FOCUS FINANCIAL PARTNERS, LLC, et al.    :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order of August 19, 2025 granted the defendants' motion to compel arbitration and stayed the case pending the outcome of the arbitration proceedings. Accordingly, it is hereby

ORDERED that the parties shall submit a joint status report by **March 6, 2026.**

Dated:   New York, New York
         August 19, 2025

_____
DENISE COTE
United States District Judge